UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KENDRA OWEN, and SHIELA and KENNETH JACKSON, on their own behalf and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GIBSON COUNTY, INDIANA, and GIBSON COUNTY ANIMAL SERVICES,<br><br>    Defendants. | No. 3:22-cv-00142-RLY-MPB |

## ORDER OF DISMISSAL

The parties having filed their Stipulation of Dismissal (Dkt. No. 28), and the Court having read and reviewed the same and being duly advised, the Court now ORDERS that, pursuant to Federal Rule 41(a)(1)(A)(ii), this cause is hereby dismissed, with prejudice and with each party to bear their own attorneys' fees and costs except as otherwise agreed. To the extent necessary, the plaintiffs' Motion for Class Certification is dismissed as moot.

**SO ORDERED.**

Date: June 23, 2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Cc:   All ECF-registered counsel of record